**THOMAS DAYTON v. ANNETTE OYAMA**

24 So. (2nd) 363
January 11, 1946

January Term, 1946
Division A

*Thomas Dayton,* in propria persona, for appellant.

*John S. Byington,* for Appellee.

PER CURIAM:

No reversible error being made to appear, the decree of dismissal is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.